1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3

4    TODD EVANS,                                    Case No. 3:25-cv-00404-ART-CLB

5                          Plaintiff,                ORDER

6         v.

7    KENNETH WILLIAMS, *et al.*,

                            Defendants.

8

9         Before the Court is Plaintiff Todd Evans's application to proceed *in forma pauperis*

10   for inmate. (ECF No. 4). The application is incomplete because Plaintiff did not sign the

11   third page of the application twice, and he failed to include a financial certificate completed

12   by an appropriate prison official and an inmate trust fund account statement for the

13   previous six-month period with it. The application is also incomplete because it is not on

14   this Court's approved form for an inmate housed at Northern Nevada Correctional Center

15   ("NNCC"). Plaintiff is housed at NNCC, and the Court mistakenly sent Plaintiff the wrong

16   *in forma pauperis* application with its minute order. (ECF No. 3-1).

17        It is therefore ordered that the incomplete application to proceed *in forma pauperis*

18   (ECF No. 4) is denied without prejudice.

19        It is further ordered that Plaintiff has **until September 15, 2025**, to either pay the

20   full $405 filing fee or file a complete application to proceed *in forma pauperis*.

21        The Clerk of Court is directed to send Plaintiff the approved form application to

22   proceed *in forma pauperis* **by an inmate at NNCC or LCC** with instructions.

23        DATED: August 14, 2025.

24

25   _____

26   UNITED STATES MAGISTRATE JUDGE

27

28