UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TODD EVANS, | Case No. 3:25-cv-00404-ART-CLB |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| KENNETH WILLIAMS, et al., | |
| Defendants | |

Plaintiff Todd Evans brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated in Nevada. (ECF No. 1-1). Plaintiff has paid the full $405 filing fee for this action. (ECF No. 7). Plaintiff recently filed a motion notifying the Court of a "clerical error" in the filing of another lawsuit on his behalf: *Evans v. Williams*, 3:25-cv-00485-MMD-CSD ("*Evans II*") (ECF No. 9). Plaintiff argues that *Evans II* was erroneously initiated when he submitted an application to proceed *in forma pauperis* ("IFP") in compliance with the Court's order in this lawsuit. (*Id.*)

This Court clarifies that the Clerk of Court correctly initiated a new civil action, i.e., *Evans II*, when Plaintiff submitted his IFP application because he did not include the case number for this lawsuit on that document. *Evans II*, at ECF No. 1. Plaintiff is advised that he must write the correct case number on his documents to ensure proper filing. The Court construes Plaintiff's motion as seeking to dismiss *Evans II* because it was filed in error. But Plaintiff must seek that relief in *Evans II*, not this lawsuit.

It is therefore ordered that the motion for clerical error (ECF No. 9) is denied.

To assist Plaintiff in obtaining the relief he seeks, the Clerk of the Court is directed to file the motion for clerical error (ECF No. 9) in Case No. 3:25-cv-00485-MMD-CSD. Plaintiff is advised that the Court will then address his motion in *Evans II*.

DATED: October 21, 2025

_____
UNITED STATES MAGISTRATE JUDGE