# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD EVANS,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL DIRECTOR KENNETH WILLIAMS, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00404-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MEDIATION CONFERENCE**<br><br>[ECF No. 15] |

Currently pending before the Court is the Parties' stipulation to continue the Inmate Early Mediation Conference to give Plaintiff's new counsel time to prepare. (ECF No. 15.) For good cause appearing, the stipulation is **GRANTED**. The current mediation set for May 5, 2026, at 8:30 a.m. is hereby **VACATED**, and this case is referred to the Inmate Mediation Coordinator to reset the mediation.

**IT IS SO ORDERED**.

**DATED**: April 7, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**